IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LINDA CARLOW**                                                                            **PLAINTIFF**

v.                                                        **CAUSE NO. 1:16CV322-LG-RHW**

**CHEVRON U.S.A., INC., ET AL.**                                       **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's Title VII claims are **DISMISSED WITH PREJUDICE** and the state law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 15th day of March 2017.

                                         s\ *Louis Guirola, Jr.*
                                         Louis Guirola, Jr.
                                         Chief U.S. District Judge